```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0225--CV (JWS)
              "STANDARD INSURANCE CO V TRACY GARDNER"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/12/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                   ERISA
            Origin: (1) Original Proceeding
            Demand: 150
        Filing fee: Paid $250.00 on 09/12/05 receipt # 00126573
          Trial by: Jury
```

Parties of Record:                            Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | STANDARD INSURANCE CO | Brewster H. Jamieson<br>Lane Powell et al<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631 |
| DEF 1.1 | GARDNER, TRACY | Ray R. Brown<br>Dillon & Findley<br>510 L Street, Suite 603<br>Anchorage, AK 99501<br>907-277-5400<br>FAX 907-277-9896<br><br>Linda O'Bannon<br>Dillon & Findley P.C.<br>510 L Street, Suite 603<br>Anchorage, AK 99501<br>907-277-5400<br>FAX 907-277-9896 |
| 3PP 1.1 | | Ray R. Brown<br>(see above)<br><br>Linda O'Bannon<br>(see above) |
| 3DF 1.1 | STANDARD INSURANCE CO | No counsel found for this party! |
| 3DF 2.1 | WHEELER, LINDA | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0225--CV (JWS)
              "STANDARD INSURANCE CO V TRACY GARDNER"

          Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
| 3DF 3.1          KLAMSER, ANDREW | No counsel found for this party! |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0225--CV (JWS)
                          "STANDARD INSURANCE CO V TRACY GARDNER"

                                    For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/12/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                     ERISA
             Origin: (1) Original Proceeding
             Demand: 150
         Filing fee: Paid $250.00 on 09/12/05 receipt # 00126573
           Trial by: Jury


 Document #    Filed      Docket text

     1 -   1   09/12/05   Complaint filed; Summons issued.

     2 -   1   09/12/05   PLF 1 Disclosure Statement.

     3 -   1   09/16/05   PLF 1 Return of Service Executed re: DEF 1 on 9/12/05.

     4 -   1   09/26/05   DEF 1 Attorney Appearance of Ray R. Brown and Linda M. O'Bannon.

     5 -   1   10/07/05   JWS Minute Order that plf req ans or apply for dft w/i 20 days. cc: cnsl

     6 -   1   10/12/05   DEF 1 Notice that plf granted def ext of time to 10/20/05 to file ans.

  NOTE -   1   10/20/05   Issued: summons re: 3DF-2.1 and 3DF-3.1.

     7 -   1   10/20/05   DEF 1 Answer and Counterclaim w/exhs.

     7 -   2   10/20/05   DEF 1 Complaint (Third-party) w/att exh.

     8 -   1   10/20/05   DEF 1 Jury Demand.
```