Ray R. Brown
Paul L. Dillon
Linda M. O'Bannon
DILLON & FINDLEY, P.C.
510 L Street, Suite 603
Anchorage, AK 99501
907-277-5400
907-277-9896 Fax
Attorneys for Tracy Gardner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRACY GARDNER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| TRACY GARDNER in her individual and | ) |
| representative capacity and on | ) |
| behalf of the Plan, | ) |
| | ) |
| Counterclaimant and | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STANDARD INSURANCE COMPANY, and | ) |
| LINDA WHEELER, and ANDREW KLAMSER, | ) |
| individually, | ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) Case No. 3:05-cv-00225-TMB |

Standard Insurance Co. v. Tracy Gardner
Case No. 3:05-cv-00225-TMB
UNOPPOSED MOTION FOR EXTENSION OF TIME
Page 1 of 3

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A MOTION FOR DEFAULT OR FOR THIRD-PARTY DEFENDANTS TO ANSWER**

This is an unopposed motion for an extension of time for the third-party plaintiff, Tracy Gardner, to move to default the third-party defendants for their failure to file an answer or for the third-party defendants to file an answer. The parties through their attorneys are actively involved in settlement negotiations to resolve this entire case. Specific offers have been exchanged with specific dollar amounts offered among other specific terms and conditions of settlement. These settlement discussions are being conducted in good faith and are not for the purposes of delay. It is the opinion of the undersigned attorney that further settlement discussions may prove fruitful and cause a resolution of this matter.

There was a minute order issued by Judge Burgess on February 1, 2006 to require a third-party answer or for the third-party plaintiff to move for default. Therefore, the parties in this case respectfully request another twenty-one days to be able to attempt to conclude a settlement in this case. The parties' counsel have agreed that the third-party defendants will file an answer to the third-party complaint after the conclusion of a 21 day period. If a settlement is not concluded within that time, the third-party defendants will file

an answer on the 21st day, March 13, 2006, or the third-party plaintiff will move for default.  The parties will, of course, notify the court as soon as any settlement is concluded and will file the appropriate dismissal pleadings after any settlement.

DATED this ____ day of February 2006, at Anchorage, Alaska.

DILLON & FINDLEY, P.C.
Attorneys for Defendant


By: s/Linda M. O'Bannon
    Linda M. O'Bannon
    ABA No. 7710143

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2006 a copy of the foregoing Unopposed Motion for Extension of Time in Which to File a Motion for Default or for Third-Party Defendants to Answer was served electronically on Brewster H. Jamieson; and by First Class Mail on Richard A. Weinig, 800 E. Dimond Blvd., #3-615, Anchorage, AK  99515

s/Linda M. O'Bannon