Ray R. Brown
Paul L. Dillon
Linda M. O'Bannon
DILLON & FINDLEY, P.C.
510 L Street, Suite 603
Anchorage, AK 99501
907-277-5400
907-277-9896 Fax
Attorneys for Tracy Gardner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| TRACY GARDNER, | ) |
| Defendant. | ) |
| TRACY GARDNER in her individual and representative capacity and on behalf of the Plan, | ) |
| Counterclaimant and Third-Party Plaintiff, | ) |
| vs. | ) |
| STANDARD INSURANCE COMPANY, and LINDA WHEELER, and ANDREW KLAMSER, individually, | ) |
| Third-Party Defendants. | ) Case No. 3:05-cv-00225-TMB |

Standard Insurance Co. v. Tracy Gardner
Case No. 3:05-cv-00225-TMB
PROPOSED ORDER
Page 1 of 2

**PROPOSED ORDER**

The third-party plaintiff has filed an unopposed motion for extension of time in which to File a Motion for Default or for Third-Party Defendants to Answer. The purpose of the motion is to allow time to conclude on-going good faith settlement efforts. Therefore, the third-party plaintiff's unopposed motion is granted for an extension of 21 days. Third-party defendants will answer by March 13, 2006 or third-party plaintiff will move for default by that date.

DATED:_____          _____
                               The Honorable Timothy M. Burgess
                               U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2006 a copy of the foregoing Proposed Order was served electronically on Brewster H. Jamieson; and by First Class Mail on Richard A. Weinig, 800 E. Dimond Blvd., #3-615, Anchorage, AK  99515

s/Linda M. O'Bannon