Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Standard Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRACY GARDNER,<br><br>Defendant.<br><br>TRACY GARDNER, in her individual and representative capacity and on behalf of the Plan,<br><br>Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY; and LINDA WHEELER, individually; and ANDREW KLAMSER, individually,<br><br>Third-Party Defendants. | Case No. 3:05-cv-00225-TMB<br><br><br><br><br>**ORDER GRANTING STANDARD INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

THIS COURT, having considered Plaintiff Standard Insurance Company's ("Standard")

Unopposed Motion for Extension of Time, and being fully advised in the premises;

IT IS ORDERED that the motion is GRANTED.    Counterclaimant and third-party

defendants shall have until April 3, 2006, to answer or take other appropriate action to respond to

counterclaims and third party claims.

*LANE POWELL LLC*
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED this 13th day of March, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on March 13, 2006, a copy of the
foregoing was served by ECF on:

Linda M. O'Bannon, linda@dillonfindley.com
Ray R. Brown, ray@dillonfindley.com
Richard A Weinig, richard@akinsurancedefense.com

 s/ Brewster H. Jamieson
120937.0001/154084.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Order Granting Standard Insurance Company's Unopposed Motion For Extension of Time**
*Standard Insurance v. Gardner v. Standard Insurance, et al.* **(3:05-cv-00225-TMB)**            **Page 2 of 2**