Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email:     jamiesonb@lanepowell.com
Attorneys for Standard Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>TRACY GARDNER,<br><br>        Defendant.<br><br>TRACY GARDNER, in her individual and representative capacity and on behalf of the Plan,<br><br>        Counterclaimant and<br>        Third-Party Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY; and LINDA WHEELER, individually; and ANDREW KLAMSER, individually,<br><br>        Counterclaim Defendant<br>        and Third-Party Defendants. | Case No. 3:05-cv-00225-TMB<br><br>**PROPOSED<br>ORDER GRANTING STANDARD<br>INSURANCE'S SECOND UNOPPOSED<br><u>MOTION FOR EXTENSION OF TIME</u>** |

   THIS COURT, having considered plaintiff Standard Insurance Company's ("Standard")

Second Unopposed Motion for Extension of Time, and being fully advised in the premises;

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

IT IS ORDERED that the motion is GRANTED.  Counterclaim defendant and third-party defendants shall have until April 25, 2006, to answer or take other appropriate action to respond to counterclaims and third party claims.

DATED this _____ day of April, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on April 6, 2006, a copy of the foregoing was served by ECF on:

Linda M. O'Bannon, linda@dillonfindley.com
Ray R. Brown, ray@dillonfindley.com
Richard A Weinig, richard@akinsurancedefense.com

  s/ Brad E. Ambarian
120937.0001/154576.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631