fBrewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Standard Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>TRACY GARDNER,<br><br>   Defendant/Counterclaimant/<br>     Third-Party Plaintiff<br><br>v.<br><br>STANDARD INSURANCE COMPANY; and<br>LINDA WHEELER, individually; and ANDREW<br>KLAMSER, individually,<br><br>    Third-Party Defendants. | Case No. 3:05-cv-00225-TMB<br><br>**NOTICE OF SETTLEMENT** |

  COMES NOW plaintiff, by and through counsel, and provides notice that the parties have agreed to a settlement of this mater.  It is anticipated that the closing documents will be filed within the next thirty days.

  DATED this 4th day of May, 2006.

                LANE POWELL LLC
                Attorneys for Standard Insurance Company


                By  s/ Brewster H. Jamieson
                  Brewster H. Jamieson, ASBA No. 8411122
                  301 West Northern Lights Boulevard, Suite 301
                  Anchorage, Alaska  99503-2648
                  Tel:  907-277-9511
                  Fax:  907-276-2631
                  Email:  jamiesonb@lanepowell.com

I certify that on May 4, 2006, a copy of the foregoing was served by ECF on:

Linda M. O'Bannon, linda@dillonfindley.com
Ray R. Brown, ray@dillonfindley.com
Richard A Weinig, richard@akinsurancedefense.com

 s/ Brewster H. Jamieson
120937.0001/154996.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631