Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com

Attorneys for Standard Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>TRACY GARDNER,<br><br>        Defendant.<br><br>TRACY GARDNER, in her individual and representative capacity and on behalf of the Plan,<br><br>        Counterclaimant and<br>        Third-Party Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY; and LINDA WHEELER, individually; and ANDREW KLAMSER, individually,<br><br>        Third-Party Defendants. | Case No. 3:05-cv-00225-TMB<br><br>**STIPULATION FOR<br><u>DISMISSAL WITH PREJUDICE</u>** |

   COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(i) and (ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance

with Rule 41(a)(1), such dismissal shall be effective upon filing of this stipulation and without further order of court.

DATED this 8th day of June, 2006.

<div style="margin-left: 3em;">

LANE POWELL LLC
Attorneys for Standard Insurance Company

By  s/ Brewster H. Jamieson
   Brewster H. Jamieson, ASBA No. 8411122
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel:   907-277-9511
   Fax:  907-276-2631
   Email:  jamiesonb@lanepowell.com

DILLON & FINDLEY, PC
Attorneys for Tracy Gardner

By  s/ Linda M. O'Bannon (consent)
   Linda M. O'Bannon, ASBA No. 7710143
   510 L Street, Suite 603
   Anchorage, Alaska 99501-1959
   Tel:   907-277-5400
   Fax:  907-277-9896
   Email:  linda@dillonfindley.com

LYNCH & BLUM, PC
Attorney for Andrew Klamser

By  s/ Timothy M. Lynch (consent)
   Timothy M. Lynch, ASBA No. 7111030
   Lynch & Blum, PC
   425 G Street, Suite 320
   Anchorage, Alaska 99501-2169
   Tel:   907-276-3222
   Fax:  907-278-9498
   Email:  tlynch@northlaw.com

</div>

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631