IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| STANDARD INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRACY GARDNER, )<br>)<br>Defendant/Counterclaimant )<br>Third-Party Plaintiff )<br>)<br>v. )<br>)<br>STANDARD INSURANCE COMPANY; and )<br>LINDA WHEELER, individually; and )<br>ANDREW KLAMSER, individually, )<br>)<br>Third-Party Defendants. )<br>_____ ) | Case No. 3:05-cv-00225-TMB |

**NOTICE OF APPEARANCE**

The law firm of Lynch & Blum, P.C. hereby enters its appearance as counsel of record for defendant Andrew Klamser. In light of the untimely passing of the defendant's previous counsel, Mr. Richard Weinig, all documents in reference to the above-captioned matter, with the exception of service of process, may be served on the undersigned at: 425 G Street, Suite 320, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska this 23rd day of June, 2006.

//

//

//

//

Notice of Appearance                                    Page 1 of 2
*Gardner v. Standard Insurance Company*                 3:05-cv-00225-TMB

LYNCH & BLUM, P.C.
Attorneys for Andrew Klamser

By: _____
Timothy M. Lynch
Alaska Bar No. 7111030

Certificate of Service
I hereby certify that on the 23rd day of June 2006, I caused a true and correct copy of the foregoing to be served via U.S. mail upon:

Brewster H. Jamieson
Lane Powell, LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503

Linda M. O'Bannon
Ray R. Brown
Dillon & Findley, PC
510 L Street, Suite 603
Anchorage, Alaska 99501

_____
Kendra Elenberger

Lynch & Blum, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 320
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498